UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY PULLEN,<br>Petitioner | CIVIL ACTION NO. 1:20-CV-480-P |
| VERSUS | JUDGE DRELL |
| DAVID RIVERA,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after a *de novo* review of the record including the Objection and Exhibits filed by Petitioner (ECF No. 11), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITHOUT PREJUDICE to Petitioner seeking compassionate release in the court of conviction.

In so ruling we considered the motion to add Exhibits to Petitioner's Objections (ECF No. 12) and it has been GRANTED. However, nothing in the Exhibits impacts our findings in this case. Petitioner is still free to pursue his administrative remedies with the Bureau of Prisons.

IT IS FURTHER ORDERED that the Appeal of the Magistrate Judge's Decision (ECF No. 7) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of July, 2020.

_____
DEE. D. DRELL
UNITED STATES DISTRICT JUDGE